ORIGINAL

TERESA R. PONDER, ESQ., SBN 132270
BERGER KAHN, A Law Corporation
Mail Service:
 Post Office Box 19694
 Irvine, CA 92623-9694
Location:
 2 Park Plaza, Suite 650
 Irvine, California 92614-8516
Tel: (949) 474-1880 • Fax: (949) 474-7265

Attorneys for Defendant
HARTFORD CASUALTY INSURANCE COMPANY

FILED
2007 DEC 28 AM 10: 58
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ____KNH____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT

FRELING BAKER and NATALIE JENSEN,

    Plaintiffs,

vs.

HARTFORD CASUALTY INSURANCE COMPANY, and DOES 1-20, Inclusive,

    Defendants.

CASE NO. '07 CV 2426 WQH BLM

SDSC CASE NO. 37-2007-00082010-CU-BC-CTL

**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF NOTICE OF REMOVAL AND DEMAND FOR JURY TRIAL**

DATE ACTION FILED: 11/16/07
TRIAL DATE:         None Set

BERGER KAHN
A Law Corporation
P.O. Box 19694
Irvine, CA 92623-9694

1    I, Marilyn Russell, declare as follows:

2    I am over the age of 18 years and not a party to this action.

3    My business address is 2 Park Plaza, Suite 650, Irvine, California, which is
4 located in the city, county and state where the mailing described herein took place.

5    On December 28, 2007, I deposited in the United States Mail at Irvine,
6 California, a copy of **NOTICE TO PLAINTIFFS AND STATE COURT OF**
7 **REMOVAL OF CIVIL ACTION TO FEDERAL COURT PURSUANT TO**
8 **28 U.S.C. SECTION 1441(B)** on the interested parties in this action by placing a
9 true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| John P. Stennett, Esq.<br>STENNETT & STENNETT<br>501 West Broadway, Suite 1340<br>San Diego, CA 92101<br><br>Telephone: (619) 544-6887<br>Facsimile: (619) 233-3796 | Attorneys for Plaintiffs<br>FRELING BAKER and<br>NATALIE JENSEN |

I declare under the penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

This declaration is hereby executed on December 28, 2007, at Irvine, California.

_Marilyn Russell_
Marilyn Russell, Declarant

INS/HARTFORD/BAKER & JENSEN/39488/PLDGS/CERT OF SERVICE

1

CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY
OF NOTICE OF REMOVAL AND DEMAND FOR JURY TRIAL

BERGER KAHN
A Law Corporation
P.O. Box 19694
Irvine, CA 92623-9694

# AFFIDAVIT AND DECLARATION OF PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within action. I am employed by Berger Kahn, A Law Corporation, whose business address is: 2 Park Plaza, Suite 650, Irvine, California 92614-8516 ("the firm").

On December 28, 2007, I served the within document(s) described as: **CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF NOTICE OF REMOVAL AND DEMAND FOR JURY TRIAL** on the interested parties in this action by placing true copy(ies) thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| John P. Stennett, Esq.<br>STENNETT & STENNETT<br>501 West Broadway, Suite 1340<br>San Diego, CA 92101<br><br>Telephone: (619) 544-6887<br>Facsimile:  (619) 233-3796 | Attorneys for Plaintiffs<br>FRELING BAKER and<br>NATALIE JENSEN |

**BY MAIL** (Code Civ. Proc. §§ 1013a(3))–I deposited such envelope(s) for processing in the mail room in our offices. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 28, 2007, at Irvine, California.

Marilyn Russell