ORIGINAL

1  TERESA R. PONDER, ESQ., SBN 132270
2  BERGER KAHN, A Law Corporation
   Mail Service:
3    Post Office Box 19694
     Irvine, CA 92623-9694
4  Location:
     2 Park Plaza, Suite 650
5    Irvine, California 92614-8516
6  Tel: (949) 474-1880 • Fax: (949) 474-7265

7  Attorneys for Defendant
   HARTFORD CASUALTY INSURANCE COMPANY
8

FILED
2007 DEC 28  AM 10: 59
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ KNH _____ DEPUTY

9              UNITED STATES DISTRICT COURT
10                 SOUTHERN DISTRICT
11

12  FRELING BAKER and                ) CASE NO. '07 CV 2426 WQH BLM
13  NATALIE JENSEN,                   )
                                      ) SDSC CASE NO. 37-2007-00082010-
14              Plaintiffs,           ) CU-BC-CTL
                                      )
15  vs.                               )
                                      ) NOTICE OF PARTIES WITH
16  HARTFORD CASUALTY                 ) FINANCIAL INTEREST
17  INSURANCE COMPANY, and            )
    DOES 1-20, Inclusive,             )
18                                    )
                                      ) DATE ACTION FILED: 11/16/07
19              Defendants.           ) TRIAL DATE:      None Set

BERGER KAHN
A Law Corporation
P.O. Box 19694
Irvine, CA 92623-9694

NOTICE OF PARTIES WITH FINANCIAL INTEREST

1  TO THE COURT AND TO THE PLAINTIFFS AND THEIR
2  ATTORNEYS OF RECORD HEREIN:
3      PLEASE TAKE NOTICE that the following listed parties have a direct,
4  pecuniary interest in the outcome of this case:
5      1.   Plaintiffs Freling Baker and Natalie Jensen. Hartford is informed and
6  believes that at the time this action was filed and removed, Plaintiffs were, and still
7  are, residents of the State of California. (Complaint, ¶ 1.)
8      2.   Defendant Hartford Casualty Insurance Company. Hartford Casualty
9  Insurance Company was, at the time this action was filed and removed, and still is,
10 an Indiana corporation with its principal place of business located in Hartford,
11 Connecticut. Hartford Casualty Insurance Company is a wholly owned subsidiary
12 of The Hartford Financial Services Group, Inc., which is a Delaware corporation
13 with its principal place of business in Hartford, Connecticut.

14 DATED: December 28, 2007          BERGER KAHN, A Law Corporation

By: /s/ Teresa R. Ponder
TERESA R. PONDER, ESQ.
Attorneys for Defendant
HARTFORD CASUALTY
INSURANCE COMPANY

INS/HARTFORD/BAKER & JENSEN/39488/PLDGS/NT OF PARTIES WITH FINANCIAL INTEREST

BERGER KAHN
A Law Corporation
P.O. Box 19694
Irvine, CA 92623-9694

# AFFIDAVIT AND DECLARATION OF PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within action. I am employed by Berger Kahn, A Law Corporation, whose business address is: 2 Park Plaza, Suite 650, Irvine, California 92614-8516 ("the firm").

On December 28, 2007, I served the within document(s) described as: **NOTICE OF PARTIES WITH FINANCIAL INTEREST** on the interested parties in this action by placing true copy(ies) thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| John P. Stennett, Esq.<br>STENNETT & STENNETT<br>501 West Broadway, Suite 1340<br>San Diego, CA 92101<br><br>Telephone: (619) 544-6887<br>Facsimile: (619) 233-3796 | Attorneys for Plaintiffs<br>FRELING BAKER and<br>NATALIE JENSEN |

**BY MAIL** (Code Civ. Proc. §§ 1013a(3))–I deposited such envelope(s) for processing in the mail room in our offices. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 28, 2007, at Irvine, California.

*Marilyn Russell*
Marilyn Russell