ORIGINAL

FILED
2007 DEC 28  AM 10: 59
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____KNH____ DEPUTY

1  TERESA R. PONDER, ESQ., SBN 132270
2  BERGER KAHN, A Law Corporation
   Mail Service:
3    Post Office Box 19694
     Irvine, CA 92623-9694
4  Location:
   2 Park Plaza, Suite 650
5  Irvine, California 92614-8516
   Tel: (949) 474-1880 • Fax: (949) 474-7265
6
7  Attorneys for Defendant
   HARTFORD CASUALTY INSURANCE COMPANY
8

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT

| | |
|---|---|
| FRELING BAKER and NATALIE JENSEN, | CASE NO. '07 CV 2426 WQH BLM |
| Plaintiffs, | SDSC CASE NO. 37-2007-00082010-CU-BC-CTL |
| vs. | |
| HARTFORD CASUALTY INSURANCE COMPANY, et al., | **DEFENDANT HARTFORD CASUALTY INSURANCE COMPANY'S NOTICE OF NO PENDING RELATED CASES** |
| Defendants. | |
| | DATE ACTION FILED: 11/16/07<br>TRIAL DATE:   None Set |

BERGER KAHN
A Law Corporation
P.O. Box 19694
Irvine, CA 92623-9694

---

NOTICE OF RELATED CASES

1  TO THE COURT AND TO THE PLAINTIFFS AND THEIR
2  ATTORNEYS OF RECORD HEREIN:
3       PLEASE TAKE NOTICE that the undersigned, legal counsel of record for
4  Defendant Hartford Casualty Insurance Company, is not aware of any related
5  pending cases.
6  DATED: December 28, 2007        BERGER KAHN, A Law Corporation
7
8
9                                  By: _____
                                      TERESA R. PONDER, ESQ.
10                                    Attorneys for Defendant
                                      HARTFORD CASUALTY
11                                    INSURANCE COMPANY
12
13  INS/HARTFORD/BAKER & JENSEN/39488/PLDGS/NT OF NO PENDING RELATED CASES
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                    1

NOTICE OF NO PENDING RELATED CASES

# AFFIDAVIT AND DECLARATION OF PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within action. I am employed by Berger Kahn, A Law Corporation, whose business address is: 2 Park Plaza, Suite 650, Irvine, California 92614-8516 ("the firm").

On December 28, 2007, I served the within document(s) described as: **DEFENDANT HARTFORD CASUALTY INSURANCE COMPANY'S NOTICE OF NO PENDING RELATED CASES** on the interested parties in this action by placing true copy(ies) thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| John P. Stennett, Esq.<br>STENNETT & STENNETT<br>501 West Broadway, Suite 1340<br>San Diego, CA 92101<br><br>Telephone: (619) 544-6887<br>Facsimile: (619) 233-3796 | Attorneys for Plaintiffs<br>FRELING BAKER and<br>NATALIE JENSEN |

**BY MAIL** (Code Civ. Proc. §§ 1013a(3))–I deposited such envelope(s) for processing in the mail room in our offices. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 28, 2007, at Irvine, California.

*/s/ Marilyn Russell*
Marilyn Russell