UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRELING BAKER and NATALIE JENSEN,<br><br>              Plaintiffs,<br>v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY, et al.,<br><br>              Defendants. | Case No. 07cv2426-WQH (BLM)<br><br>**ORDER CONFIRMING SETTLEMENT AND SETTING DEADLINE TO FILE JOINT MOTION FOR DISMISSAL** |

    A Early Neutral Evaluation Conference was held on February 5, 2008 at 1:30 p.m. The case settled and the terms of the settlement were placed on the record (BLM08:0-3:54).

    A joint motion for dismissal of this case, signed by counsel of record and all parties, must be filed no later than **March 6, 2008**. A proposed order on the joint motion for dismissal must be e-mailed to the district judge's chambers[1] on the same day. If the signed joint motion

---

[1] The proposed order shall be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov (follow link for "General Order 550, Procedural Rules for Electronic Case Filing").

1  for dismissal is timely filed, the parties and attorneys are not
2  required to make any further appearances before Judge Major.
3      If the fully executed joint motion for dismissal is not filed by
4  **March 6, 2008**, then all counsel of record and unrepresented parties are
5  required to appear **in person** for a Settlement Disposition Conference.
6  The Settlement Disposition Conference will be held on **March 11, 2008** at
7  **9:00 a.m.** in Courtroom A.
8      If counsel of record or any unrepresented party fails to appear at
9  the Settlement Disposition Conference, or the parties fail to file the
10 signed joint motion for dismissal in a timely manner, the Court will
11 issue an Order to Show Cause why sanctions should not be imposed for
12 failing to comply with this Order.
13     All other pending dates before Magistrate Judge Major are hereby
14 vacated. Any matters currently scheduled before the district judge
15 shall remain in effect pending notice from that court.
16     **IT IS SO ORDERED.**
17 DATED: February 6, 2008

                            BARBARA L. MAJOR
                            United States Magistrate Judge

23 COPY TO:
24 HONORABLE WILLIAM Q. HAYES
   U.S. DISTRICT JUDGE
25
   ALL COUNSEL