JOHN P. STENNETT, SBN: 72815
STENNETT & STENNETT
Attorneys at Law
501 West Broadway, Suite 1340
San Diego, CA 92101
(619) 544-6887

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRELING BAKER and NATALIE JENSEN,<br><br>Plaintiffs,<br><br>v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY, and DOES 1 through 20, Inclusive,<br><br>Defendants. | Case No. 07 cv 2426 WQH (BLM)<br><br>JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |

Plaintiffs Freling Baker and Natalie Jensen and defendant Hartford Casualty Insurance Company hereby stipulate and jointly move this court for an order dismissing the entire action, including the complaint, with prejudice. Each party shall bear his or their own attorneys' fees and costs.

Dated: February 19, 2008

STENNETT & STENNETT
Attorneys for Plaintiffs

By _____
JOHN P. STENNETT

Dated: 2/19/2008

BERGER KAHN
Attorneys for Defendant

By _____
TERESA R. PONDER

07CV2426 WQH(BLM)