# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRELING BAKER and NATALIE JENSEN,<br><br>　　　　　　　　　　　　　Plaintiffs,<br>　　vs.<br>HARTFORD CASUALTY INSURANCE COMPANY,<br><br>　　　　　　　　　　　　　Defendant. | CASE NO. 07CV2426 WQH (BLM)<br><br>ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |

HAYES, Judge:

On February 20, 2008, the parties filed a joint motion to dismiss this entire action with prejudice. (Doc. # 8). Good cause appearing, the joint motion to dismiss (Doc. # 8) is GRANTED.

IT IS HEREBY ORDERED that this action is dismissed in its entirety and with prejudice. The Clerk of the Court is Ordered to enter judgment and close this case.

DATED: February 21, 2008

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge