# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Freling Baker; Natalie Jensen

V.

Hartford Casualty Insurance Company;
Does 1-20

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:** 07cv2426-WQH-BLM

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The joint motion to dismiss this entire action with prejudice is granted. It is ordered that this action is dismissed in its entirety and with prejudice.

| | |
|---|---|
| February 21, 2008 | W. Samuel Hamrick, Jr. |
| Date | Clerk |

s/M. Cruz
(By) M. Cruz, Deputy Clerk

ENTERED ON February 21, 2008